1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  RYAN HENRY,                    )        No. CV-F-01-5867 MDC
                                  )        (No. CR-F-98-5121 AWI)
10                                )
                                  )        ORDER DECLINING TO ISSUE
11                Petitioner,     )        CERTIFICATE OF APPEALABILITY
                                  )
12         vs.                    )
                                  )
13                                )
   UNITED STATES OF AMERICA,      )
14                                )
                                  )
15                Respondent.     )
                                  )
16 _____)

17       The court hereby declines to issue a certificate of

18  appealability with regard to petitioner's appeal of the "Order

19  Deeming Petitioner's Motion Under Rule 60(b)(4), Federal Rules of

20  Civil Procedure To Be a Second or Successive Motion for Relief

21  Pursuant to 28 U.S.C. § 2255 and Dismissing Deemed Motion for

22  Lack of Jurisdiction" filed on April 28, 2006. (Doc. 107).

23       Petitioner has not demonstrated jurists of reason would find

24  it debatable that this court was correct in its procedural ruling

25  that this court lacks jurisdiction in the absence of

26  authorization from the Ninth Circuit to file a second or

                                   1

successive motion pursuant to 28 U.S.C. § 2255 and that jurists
of reason would find it debatable whether petitioner's motion
states a valid claim of the denial of a constitutional right.
See Rosas v. Nielsen, 428 F.3d 1229, 1233 (9th Cir.2005).


IT IS SO ORDERED.

**Dated:    June 27, 2006**                    _____/s/ Anthony W. Ishii_____
0m8i78                                          UNITED STATES DISTRICT JUDGE

2